# CIVIL CAUSE FOR FAIRNESS HEARING

BEFORE: JOAN M. AZRACK, U.S.D.J.

DATE: 2/19/2020    TIME: 5:15 PM    TIME IN COURT: 20 min.

CASE: **Reyes v. Nocera Restaurant, Inc. et al**
**1:16-cv-00455-JMA-SIL**

APPEARANCES:    For Plaintiff: C.K. Lee

For Defendant: Matt Cohen

FTR: 5:13-5:29

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set:
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ A further telephone status conference is scheduled for . Counsel for the plaintiff shall initiate the call and contact Chambers at 631-712-5600 when all parties are on the line. Parties to advise the Court if the case resolves before the conference.
- ☒ Other: No one appears to object to the settlement. Plaintiff to file time records under seal. Decision reserved.